IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM N. LUCY, )  | |
|     Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 16-00470-CG-N |
| ) | |
| STATE OF ALABAMA, ) | |
|     Respondent. ) | |

## JUDGMENT

In accordance with the Order entered on this date adopting the Magistrate Judge's recommendations, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against the Petitioner.

**DONE** and **ORDERED** this the 8th day of December, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE